The People of the State of Illinois, defendant in error, v. Arthur Benedicto Raymond and Raymond Harrison Williams, plaintiffs in error. Gen. No. 24,973.

Conviction on charge of conspiracy to destroy buildings. Error to the Criminal Court of Cook county; the Hon. Theodore Brentano, Judge, presiding. Heard in the Branch Appellate Court at the March,

term, 1919. Affirmed. Opinion filed April 21, 1920. Rehearing denied May 4, 1920.

Daniel L. Cruice and John D. Farrell, for plaintiffs in error; Daniel L. Cruice, of counsel. Maclay Hoyne, Edward E. Wilson, Edwin J. Raber and Grover C. Niemeyer, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.

---

Mr. Justice O'Connor delivered the opinion of the court.